UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Verlene G. King,

    Debtor.

Case No 1-19-45294-ess

Chapter 11

-------------------------------------------------------------------x

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Kevin Toole, Esq.**
RAS BORISKIN, LLC
900 MERCHANTS CONCOURSE, SUITE 310
WESTBURY, NY 11590

16-138205 - KeT

Dated: August 6, 2020  
Westbury, NY

                                    RAS BORISKIN, LLC  
                                    Attorney for Secured Creditor  
                                    900 Merchants Concourse, Suite 310  
                                    Westbury, NY 11590  
                                    Phone: (516) 280-7675  
                                    Fax:    (516) 280-7674

                                    By: /s/ Kevin Toole  
                                    Kevin Toole, Esq.  
                                    E-mail: ktoole@rascrane.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Verlene G. King,

    Debtor.

Case No 1-19-45294-ess

Chapter 11

-------------------------------------------------------------------x

# CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2020, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KARAMVIR DAHIYA, ESQ.
DAHIYA LAW OFFICES, LLC
75 MAIDEN LANE
SUITE 506
NEW YORK, NY  10038

VERLENE G. KING
163 ADELPHI STREET
BROOKLYN, NY  11205

16-138205 - KeT

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014


Dated: August 6, 2020
Westbury, NY

        RAS BORISKIN, LLC
        Attorney for Secured Creditor
        900 Merchants Concourse, Suite 310
        Westbury, NY 11590
        Phone: (516) 280-7675
        Fax:     (516) 280-7674

        By: /s/ Kevin Toole
        Kevin Toole, Esq.